IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
JUSTIN OLIVER,                      )
                                    )
            Plaintiff,              )      8:14CV62
                                    )
      v.                            )
                                    )
OMAHA POLICE DEPARTMENT and         )      MEMORANDUM AND ORDER
AARON GURZICK, ser no. 1884,        )
                                    )
            Defendants.             )
_____)
```

This matter is before the Court on its own motion. On February 27, 2014, plaintiff filed his Complaint and Motion for Leave to proceed in forma pauperis ("IFP") (Filing Nos. 1 and 2). However, due to certain technical defects, the complaint cannot be further processed until such defects are corrected. To assure further consideration of the complaint, plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT.**

Plaintiff did not include a copy of his prison trust account statement with his IFP motion. *See* 28 U.S.C. § 1915(a)(2) (requiring a "prisoner seeking to bring a civil action . . . without prepayment of fees" to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate

official of each prison at which the prisoner is or was confined"). Accordingly, plaintiff shall have until April 25, 2014, to either tender the $400.00 filing and administrative fees to the clerk of the court or submit a prison trust account statement in accordance with 28 U.S.C. § 1915(a)(2).

IT IS ORDERED:

1. Plaintiff is directed to correct the above-listed technical defect in the complaint on or before **April 25, 2014.**

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court