IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN OLIVER, ) | |
| ) | |
| Plaintiff, ) | 8:14CV62 |
| ) | |
| v. ) | |
| ) | |
| OMAHA POLICE DEPARTMENT and ) | MEMORANDUM OPINION |
| AARON GURZICK, ser no. 1884, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on its own motion. Plaintiff filed his complaint in this case on February 27, 2014 (Filing No. 1). On April 16, 2014, the Court assessed an initial partial filing fee in the amount of $1.40 in accordance with 28 U.S.C. § 1915(b)(1) (Filing No. 12). On June 5, 2014, on its own motion, the Court extended the time in which plaintiff had to pay the initial partial filing fee (Filing No. 14). The Court warned plaintiff that failure to pay the initial partial filing fee within 30 days would result in dismissal of this case.

The deadline for paying the fee has passed and plaintiff has not paid it or asked for an extension of time in which to do so. Therefore, plaintiff's case will be dismissed because he failed to comply with the court's orders. *See* Fed. R. Civ. Pro. 41(b); *see also Conley v. Holden*, No. 03-3908, 2004 WL 2202452, at *1 (8th Cir. Sept. 21, 2004) (affirming district

court's dismissal of inmate's case for failing to comply with court's order that he pay the assessed initial partial filing fee). A separate order will be entered in accordance with this memorandum opinion.

DATED this 4th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.